UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLARENCE HOBBS,<br>aka Julian Kealakekua, et al.,<br><br>Defendant. | CASE NO. MJ 14-205<br>(D. Hawaii. No. CR14-374 LEK)<br><br>DETENTION ORDER |

Offenses charged:

   Bank Fraud (19 counts)

Date of Detention Hearing: 05/20/14

   The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defense counsel stipulated to the entry of an order of detention, with leave to move to re-open if new evidence emerges which is relevant to the issue of detention or release.

(2) Defendant was not interviewed by Pretrial Services, at the request of defense counsel. There is therefore little information available on many issues relating to the question of detention or release.

(3) Defendant has an extensive criminal record, starting with a conviction for "Theft by Taking" in 1986, and thereafter for bad check charges, stolen property, forgery, financial transaction card theft, bank fraud, and other convictions. The AUSA in Hawaii reported to Pretrial Services that defendant represented himself as an investment banker, both in Hawaii and in the State of Washington, and used the "invested" monies to live an extravagant lifestyle.

(4) Defendant has been charged with various violations of terms of supervision over the years.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20 day of May, 2014.

JOHN L. WEINBERG
United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)